Argued April 12, 1967.

*Vincent E. Williams*, with him *Smith, Best, Williams, Costello & Snyder*, for appellant; *Joseph Loughran*, with him *Loughran and Loughran*, for appellee.

MONTGOMERY, J., would grant a new trial for the reasons stated in the dissenting opinion of Judge RIAL of the court below.

## Kochanski *v.* Kochanski, Appellant.

Argued April 12, 1967. *Robert J. Key*, for appellant; *Stephen A. Zappala*, with him *Zappala & Zappala*, for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

WRIGHT, J., dissented.

## Kurciviez Unemployment Compensation Case.

Argued April 13, 1967. *Audrey C. Kurciviez*, claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben*, Assistant Attorney General, with him *William C. Sennett*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## McCormick Unemployment Compensation Case.